DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **20-00465-WLH11** |
|---|---|
| **HUSCH & HUSCH, INC.,** | Chapter **11** |
| Debtor. | **MOTION FOR ORDER TO APPROVE DEBTOR'S EXECUTION OF:**<br>1. **AMENDMENT TO ARTICLES OF INCORPORATION OF HUSCH & HUSCH, INC.;**<br>2. **AMENDMENT TO SHAREHOLDER AGREEMENT; AND**<br>3. **MINUTES OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS AND SHAREHOLDERS OF HUSCH & HUSCH, INC., A WASHINGTON CORPORATION** |

Debtor, by its undersigned attorney, moves the court for an order authorizing Debtor to participate in the execution of certain documents, the effect of which is to convert debt and/or claims shareholders hold against Debtor, as unsecured creditors, to non-voting common stock.

Debtor moves the court for an order approving the execution by Debtor and shareholders of the following documents:

    1.    Amendment to Articles of Incorporation of Husch & Husch, Inc., a copy of which is attached as Exhibit 1 to the notice to creditors regarding this Motion;

Motion-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

20-00465-WLH11   Doc 219   Filed 11/23/20   Entered 11/23/20 11:42:21   Pg 1 of 2

2. Amendment to Shareholder Agreement, a copy of which is attached as Exhibit 2 to the notice to creditors regarding this Motion; and

3. Minutes of a Special Meeting of the Board of Directors and Shareholders of Husch & Husch, Inc., a Washington Corporation, a copy of which is attached as Exhibit 3 to the notice to creditors regarding this Motion.

This Motion is based upon the records and files herein and upon the Declaration of Allen Husch, Debtor's representative.

DATED this 18th day of November, 2020.

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Dan O'Rourke
DAN O'ROURKE, WSBA #4911
Attorney for Debtor

Motion-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

20-00465-WLH11    Doc 219    Filed 11/23/20    Entered 11/23/20 11:42:21    Pg 2 of 2