**So Ordered.**

**Dated: December 18th, 2020**



Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**HUSCH & HUSCH, INC.,**<br><br>Debtor. | No.: **20-00465-WLH11**<br><br>Chapter **11**<br><br>**ORDER APPROVING DEBTOR'S MOTION FOR ORDER TO APPROVE DEBTOR'S EXECUTION OF:**<br>1. **AMENDMENT TO ARTICLES OF INCORPORATION OF HUSCH & HUSCH, INC.;**<br>2. **AMENDMENT TO SHAREHOLDER AGREEMENT; AND**<br>3. **MINUTES OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS AND SHAREHOLDERS OF HUSCH & HUSCH, INC., A WASHINGTON CORPORATION** |

**THIS MATTER** coming before the court upon the Motion for Order to Approve Debtor's Execution of: 1. Amendment to Articles of Incorporation of Husch & Husch, Inc.; 2. Amendment to Shareholder Agreement; and 3. Minutes of a Special Meeting of

Order-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

the Board of Directors and Shareholders of Husch & Husch, Inc., a Washington Corporation filed herein on November 23, 2020 [*ECF 219*] ("Motion"), and it appearing that notice to creditors of the issues raised by said Motion has been given, no objections thereto have been made, and good cause appearing for the order requested; it is

**ORDERED** that said Motion [*ECF 219*] is hereby **Granted** and, to the extent court approval is necessary, this court approves Debtor and shareholders' execution of the following documents:

    1.    Amendment to Articles of Incorporation of Husch & Husch, Inc., a copy of which is attached to the notice to creditors regarding Debtor's Motion.

    2.    Amendment to Shareholder Agreement, a copy of which is attached to the notice to creditors regarding Debtor's Motion.

    3.    Minutes of a Special Meeting of the Board of Directors and Shareholders of Husch & Husch, Inc., a Washington Corporation, a copy of which is attached to the notice to creditors regarding Debtor's Motion.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Dan O'Rourke
    DAN O'ROURKE, WSBA #4911
    Attorney for Debtor

Order-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

20-00465-WLH11    Doc 241    Filed 12/18/20    Entered 12/18/20 13:49:10    Pg 2 of 2