DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **20-00465-WLH11** |
|---|---|
| **HUSCH & HUSCH, INC.,** | Chapter **11** |
| Debtor. | **NOTICE FOR HEARING ON SECOND AMENDED DISCLOSURE STATEMENT** |

TO: Creditors and other parties in interest listed on the Master Mailing List;
TO: United States Trustee's Office;
TO: Arnold M. Willig, Hacker & Willig, Inc., P.S., Attorneys for Heritage Bank requesting special notice;
TO: Todd Reuter, Foster Garvey, PC, Attorneys for Helena Agri-Enterprises, LLC a/k/a Helena Chemical Company requesting special notice;
TO: Donald A. Boyd, Hummer Boyd, PLLC, Special Counsel for Debtor requesting special notice; and
TO: John O'Leary, Hames Anderson Whitlow & O'Leary, P.S., Attorneys for Edward Boob requesting special notice; and
TO: Daniel J. Gibbons, Witherspoon Kelley, Attorneys for International Raw Materials, Ltd. requesting special notice

A Second Amended Disclosure Statement and a Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code have been filed by Debtor on April 6, 2021.

**NOTICE** is hereby given, that:

1. The hearing to consider the approval of the disclosure statement shall be held on **June 11, 2021**, at **10:00 a.m.** by phone. In order to participate, you must call (877) 402-9757, access code 7036041.

2. **June 4, 2021** is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

Notice-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

20-00465-WLH11    Doc 303    Filed 05/03/21    Entered 05/03/21 16:28:32    Pg 1 of 2

3. Requests for copies of the disclosure statement and plan shall be mailed to the attorney for debtor-in-possession at the following mailing address:

    Dan O'Rourke
    Southwell & O'Rourke, P.S.
    421 W. Riverside Ave., Suite 960
    Spokane, WA 99201

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Dan O'Rourke
    DAN O'ROURKE, WSBA #4911
    Debtor's Attorney

Notice-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

20-00465-WLH11   Doc 303   Filed 05/03/21   Entered 05/03/21 16:28:32   Pg 2 of 2