**So Ordered.**

**Dated: April 3rd, 2024**



**Whitman L. Holt**
**Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

**HUSCH & HUSCH, INC.,**

               Debtor.

Case No. 20-00465-WLH11

ORDER APPROVING (1) SALE OF
REMAINING ESTATE PROPERTY AND
(2) ~~ASSUMPTION AND~~ ASSIGNMENT
OF UNEXPIRED LEASES

~~[PROPOSED]~~

This matter came before the court on the motion ("Motion") of McCallen & Sons, Inc. ("MSI"), in its capacity as the court appointed liquidating agent of Husch & Husch, Inc. ("Debtor"), for an order pursuant to 11 U.S.C. § 363 approving the sale of the remaining assets of the Debtor free and clear of liens to Pacific Ag Supply NW, LLC ("Buyer") for a sale~~s~~ price of $1.5 million, approving assignment of certain unexpired ~~L~~leases to Buyer in conjunction with the sale, approving the payment of closing costs including the brokers' commission, and approving distribution of net sale proceeds to Heritage Bank in partial satisfaction of its secured claim, less a holdback of $25,000. The court hereby finds and determines that:

      A.      The court has jurisdiction over the ~~Sale~~ Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), (N), and (O). Venue of this case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

ORDER APPROVING SALE OF REMAINING ESTATE PROPERTY AND
ASSIGNMENT OF LEASES - 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205 , Seattle, WA 98125
p: 206.489.3802 f: 206.973.8737

B. The Assets (as defined in Exhibit A to the Declaration of Daniel Fallon filed concurrently with the Motion) are part of the Estate and subject to liquidation by MSI, pursuant to 11 U.S.C. § 541 and the confirmed Debtor's Fourth Amended Plan (the "Plan") [ECF Nos. 340, 422].

C. MSI provided proper, timely, adequate, and sufficient notice of the Motion.

D. Sale of the Assets (as defined in Exhibit A to the Declaration of Daniel Fallon filed concurrently with the Motion) is in the best interest of the estate and its creditors. The Legal Descriptions of the real property parcels included in the sale are attached hereto as Addendum A.

E. Approval of the Commercial & Investment Real Estate Purchase & Sale Agreement and attached addenda ("PSA") and consummation of the transaction contemplated thereby is in the best interests of the Debtor, its creditors, its estate, and other parties in interest.

F. The PSA was negotiated, proposed, and entered into by the MSI and the Buyer at arms' length without collusion or fraud, and in good faith within the meaning of 11 U.S.C. § 363(m) Section 363(m) of the Bankruptcy Code.

G. The Buyer is a good faith purchaser under 11 U.S.C. § 363(m) and, as such, is entitled to all of the protections afforded thereby.

H. The consideration provided by the Buyer for the Real Property pursuant to the PSA (i) is fair and reasonable, (ii) is the highest and best offer likely to be received, (iii) will provide a greater recovery for the Debtor's creditors than would be provided by any other practical available alternative, and (iv) constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and the laws of the State of Washington.

I. MSI may sell the Property free and clear of all interests because one or more of the standards set forth in 11 U.S.C. § 363(f)(1)-(5) has been satisfied. The holders of interests in the Property fall within one or more of the subsections of 11 U.S.C. § 363(f) and are adequately protected by having their interests, if any, attach to the cash proceeds of the sale.

J. In conjunction with the sale of the Assets, MSI shall may assign, and Buyer shall may assume, the two outstanding leases with tenants (1) Gene and Cindy Hedden and (2) Martha Patricia

ORDER APPROVING SALE OF REMAINING ESTATE PROPERTY AND
ASSIGNMENT OF LEASES - 2

DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205 Seattle, WA 98125
p 206.489.3802 f 206.973.8737

Flores for La Guadalupana Restaurant/Market; and Buyer ~~shall~~will take title to the Assets subject to all terms and conditions of those leases.

K.    The sale will be executed by simultaneously recording (1) Quitclaim Deed from L. Kelly Husch and Deanna L. Husch to the Liquidating Agent with regard to Parcel No. 181127-44019 and (2) Quitclaim Deed from Husch Properties, LLC to the Liquidating Agent with regard to Parcel No. 181127-44037, and a Liquidating Agent's Quitclaim Deed to Buyer. The second transfer from the Liquidating Agent to Buyer is eligible to be exempt from transfer taxes, including Washington State Real Estate Excise Tax, pursuant to 11 U.S.C. §_1146 and the Plan. ~~Debtor's Fourth Amended Plan ("Plan"). ECF No. 422.~~

Now, therefore, it is hereby ORDERED that:

1. The ~~Sale~~ Motion [ECF No. 658] is GRANTED.

~~2. The findings of fact and conclusions of law recited above are incorporated herein.~~

2. The PSA, and all of the terms and conditions thereof, is ~~hereby~~ APPROVED.

3. Pursuant to 11 U.S.C. § 363(b), MSI is authorized ~~and directed~~ to consummate the sale, pursuant to and in accordance with the terms and conditions of the PSA.

4. MSI is authorized ~~and directed~~ to execute and deliver, and empowered to perform under, consummate and implement, the PSA, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the PSA.

5. MSI is authorized to assign, and Buyer to assume, the two outstanding leases with tenants (1) Gene and Cindy Hedden and (2) Martha Patricia Flores for La Guadalupana Restaurant/Market.

6. Except as otherwise specifically provided herein, pursuant to 11 U.S.C. §§~~ 105(a) and~~ 363(f), the Assets shall be transferred at closing to the Buyer, free and clear of all interests with all such interests to attach to the net proceeds of the sale in the order of their priority, with the same validity, force and effect which they now have as against the ~~Property~~ Assets.

DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205 · Seattle, WA 98125
p 206.489.3802 · f 206.973.8737

7. The Liquidating Agent shall pay in full from the sale proceeds any claims of Yakima County Treasurer for ad valorem property taxes, penalties, interest, costs, fees and/or collection of advance taxes, as applied to Tax Parcel 500000-04718.

8. MSI may distribute from the sale net proceeds, after payment of all closing costs, including, without limitation, recording fees, escrow fees, title insurance, brokers' commissions, ad valorem taxes, and real property taxes, to Heritage Bank, with a holdback of $25,000 for final administrative expenses of the Liquidating Agent and its counsel, in partial satisfaction of its claims pursuant to Article X of the Plan.

9. Pursuant to 11 U.S.C. §_1146 and ~~Debtor's~~ the Plan, the transfer from Liquidating Agent to Buyer is exempt from transfer taxes, including Washington State Real Estate Excise Tax.

/// End of Order ///

Presented by:

DBS | LAW

By /s/ Daniel J. Bugbee
    Daniel J. Bugbee, WSBA No. 42412
    *Attorneys for McCallen & Sons, Inc*

*\* Changes made by court*

ORDER APPROVING SALE OF REMAINING ESTATE PROPERTY AND
ASSIGNMENT OF LEASES - 4



DBS | LAW

A Professional Limited Liability Company
155 NE 100ᵗʰ Street, Suite 205   Seattle, WA 98125
p. 206.489.3802  f. 206.973.8737

# ADDENDUM A

**PARCEL 1**

That portion of the Northeast ¼ of the Northeast ¼ of the Northeast ¼ of Section 34, Township 11 North, Range 18, E.W.M., described as follow:

Commencing at the Northeast corner of said Section 34;
thence Southerly along the East line of said Section 34, 100 feet to a point 50 feet Southerly, measured at right angles, from the center line of the Northern Pacific Railway Company's main track as constructed June 17, 1947, across the Northeast ¼ of the Northeast ¼ of said Section 34;
thence Westerly parallel with and 50 feet Southerly, measured at right angles, from said track center line, a distance of 52.5 feet to the true point of beginning of the land herein described;
thence continuing Westerly along said parallel line 265.0 feet to a point;
thence Southerly at right angles to said track's center line, 50 feet to a point;
thence Easterly parallel with said track's center line 265.0 feet to a point;
thence Northerly at right angles to said track's center line 50 feet to a point of true beginning, being a portion of that certain tract of land conveyed to the railway company by D. A. McDonald, et al, by deed dated March 26, 1915, recorded April 9, 1915, in Volume 160 of Deeds, Page 153, records of Yakima County, Washington;

EXCEPT that portion conveyed to TOWN OF HARRAH, under Auditor's File Number 2677544.

Situated in Yakima County, State of Washington.

Parcel No. 181134-11006

**PARCEL 2**

Beginning at the intersection of the East line of Section 27, Township 11 North, Range 18, E.W.M., and the North line of the right of way of the Simcoe Branch of the Northern Pacific Railway;
thence North along the section line dividing Sections 26 and 27, Township 11 North, Range 18, E.W.M., a distance of 130 feet;
thence West parallel with the North right of way line of said railway, 612.69 feet;
thence South 130 feet to the North right of way line of said railway;
thence East along said right of way line, 612.69 feet to the point of beginning;

EXCEPT the West 267 feet.

Situated in Yakima County, State of Washington.

Parcel No. 181127-44019

ORDER APPROVING SALE OF REMAINING ESTATE PROPERTY AND
ASSIGNMENT OF LEASES - 5

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802   f: 206.973.8737

20-00465-WLH11   Doc 671   Filed 04/04/24   Entered 04/04/24 08:29:31   Pg 5 of 8

**PARCEL 3**

The West 267 feet of the following described real property:
Beginning at the intersection of the East line of Section 27, Township 11 North, Range 18, E.W.M., and the North line of the right of way of the Simcoe Branch of the Northern Pacific Railway;
thence North along the section line dividing Sections 26 and 27, Township 11 North, Range 16, E.W.M., a distance of 130 feet;
thence West parallel with the right of way line of said railway 612.69 feet;
thence South 130 feet to the North right of way line of said railway;
thence East along said right of way line 612.69 feet to the point of beginning.

Situated in Yakima County, State of Washington.

Parcel No. 181127-44022

**PARCEL 4**

The West 225 feet of the following described real property:

Beginning at the intersection of the East line of Section 27, Township 11 North, Range 18 East, W.M., with the North line of the right of way of Simcoe Branch of the Northern Pacific Railway;
thence North along the section line dividing Sections 26 and 27, Township 11 North, Range 18 East, W.M., a distance of 130 feet;
thence West parallel with the North line of said right of way of the Simcoe Branch of the Northern Pacific Railway Company a distance of 837.69 feet;
thence South 130 feet to the North line of the Simcoe Branch of the Northern Pacific Railway Company.

Situated in Yakima County, State of Washington.

Parcel No. 181127-44037

**PARCEL 5**

A tract of land in the Southeast ¼ of the Southeast ¼ of Section 27, Township 11 North, Range 18, E.W.M., beginning at a point 130 feet North and 300 feet West of the Southeast corner of said Section 27y; running thence West parallel with the South line of the Section 537.69 feet;
thence North 124.58 feet;
thence East 537.69 feet;
thence South 124.58 feet, to the point of beginning.

Situated in Yakima County, State of Washington.

Parcel No. 181127-44026, 181127-44025

ORDER APPROVING SALE OF REMAINING ESTATE PROPERTY AND
ASSIGNMENT OF LEASES - 6



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205, Seattle, WA 98125
p: 206.489.3802 f: 206.973.8737

20-00465-WLH11   Doc 671   Filed 04/04/24   Entered 04/04/24 08:29:31   Pg 6 of 8

**PARCEL 6**

Beginning at a point on East line of Section 27, Township 11 North, Range 18, E.W.M., said point being North 00°05'11" East, 531.00 feet North of the Southeast corner of said section; thence South along the East line of said section 215.00 feet; thence Westerly parallel with the South line of said section, South 89°54'04" West 40.00 feet to the West right of way line of N. Harrah Road; thence North parallel with the East line of said section, 10.00 feet; thence West parallel with the South line of said section, 210.03 feet; thence North parallel with the East line of said section, 223.34 feet to the South line of Drainage Ditch; thence in a Southeasterly direction, South 85°54'13" East, 250.64 feet to the true point of beginning;

EXCEPTING THEREFROM East 40.00 feet for road;

ALSO, EXCEPT that portion described as follows:

Beginning at a point on the East line of said subdivision 531.00 feet North of the Southeast corner of said Section 27; thence South along the East line of said section, 5.00 feet; thence West parallel with the South line of said section, 200.00 feet; thence North, parallel with the East line of said subdivision 19.67 feet to the South line of Drainage Ditch; thence in a Southeasterly direction, South 85°54'13" East, 200.49 feet to the point of beginning;

Also shown as Parcel A on Survey recorded April 5, 2022, under Auditor's File Number 8140616, records of Yakima County, Washington.

Situated in Yakima County, State of Washington.

Parcel No. 181127-44030

**PARCEL 7**

All that portion of the Southeast ¼ of the Southeast ¼ of Section 27, Township 11 North, Range 18, E.W.M., described as follows:

Beginning 973 feet North and 300 feet West of the Southeast corner of said Section 27; thence West 313.7 feet; thence South parallel with the East line of said Section 27, 338 feet to the center line of a drainage ditch; thence following the center line of this drainage ditch East 40 feet; thence South 85° East 160 feet; thence South 65° East 145 feet; thence South 77° East 85 feet, more or less, to a point 300 feet West of the East line of said Section 27; thence North 423 feet, more or less, to the place of beginning.



A Professional Limited Liability Company
155 NE 100ᵗʰ Street, Suite 205   Seattle, WA 98125
p 206.489.3802   f 206.973.8737

20-00465-WLH11   Doc 671   Filed 04/04/24   Entered 04/04/24 08:29:31   Pg 7 of 8

Situated in Yakima County, State of Washington.

Parcel No. 181127-44014

**PARCEL 8**
The Southeast 1/4 of the Southeast 1/4 of Section 27, Township 11 North, Range 18, E.W.M.;
EXCEPT that portion thereof described as follows:

Beginning at the Southeast corner of said Southeast 1/4 of the Southeast 1/4; thence North along the section line 1314 feet;
thence West 638.7 feet;
thence South 341 feet parallel with the section line;
thence East 338.7 feet;
thence South 718.42 feet parallel with the section line;
thence West 537.69 feet parallel with the section line;
thence South 254.58 feet to the South section line;
thence East along said South line 837.69 feet, more or less, to the point of beginning;

AND EXCEPT road and railroad along the South line of said Southeast ¼ of the Southeast ¼.

AND EXCEPT all that portion of the Southeast 1/4 of the Southeast 1/4 of Section 27, Township 11 North, Range 18, E.W.M., described as follows:
Beginning 973 feet Noth and 300 feet West of the Southeast corner of said Section 27;
thence West 313.7 feet;
thence South parallel with the East line of said Section 27, 338 feet to the center line of a drainage ditch; thence following the center line of this drainage ditch East 40 feet;
thence South 85° East 160 feet;
thence South 65° East 145 feet;
thence South 77° East 85 feet, more or less, to a point 300 feet West of the East line of said Section 27; thence North 423 feet, more or less, to the place of beginning.

Situated in Yakima County, State of Washington.

Parcel No. 181127-44001

ORDER APPROVING SALE OF REMAINING ESTATE PROPERTY AND
ASSIGNMENT OF LEASES - 8



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p 206.489.3802  f 206.973.8737